UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. MILLETTE,<br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | :<br>:<br>: No. 5:19-cr-00589<br>: No. 5:22-cv-02469<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW,** this 12th day of April, 2023, upon consideration of James M. Millette's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C § 2255, ECF No. 36, the Government' response in opposition, ECF No. 44, the parties' supplemental briefs on the issue of timeliness, ECF Nos. 49, 50, and for the reasons set forth in the Opinion issued on this date, **IT IS ORDERED THAT:** Millette's Petition, ECF No. 36, is **DISMISSED** as untimely.

              BY THE COURT:


              */s/ Joseph F. Leeson, Jr.*
              JOSEPH F. LEESON, JR.
              United States District Judge